UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNIFER LONDON | ) | |
| Applicant. | ) | No. C 06-80186 (JSW) BZ |
| | ) | **ORDER GRANTING DISCOVERY** |

On July 20, 2006, applicant Jennifer London filed an ex parte application for an order to conduct discovery for use in a foreign legal proceeding pursuant to 28 U.S.C. § 1782.[1]  On July 28, 2006, Jennifer London submitted a declaration in which she provided adequate evidence of the connection between Richard London and the email accounts of wrest36@yahoo.com, wrest39@yahoo.com, readyset44@yahoo.com, tryit360@yahoo.com, and parisfait2000@yahoo.com.  She has not provided adequate evidence of his connection to the other user names about which she is seeking disclosure.  Based on the showing presented,

---

[1] Applicant is a party to a pending divorce proceeding in the Court of Basse-Terre.

1

1 **IT IS HEREBY ORDERED** that applicant's motion is **GRANTED**
2 in part and **DENIED** in part; applicant is authorized to serve
3 the form of subpoena directed to Yahoo attached to its
4 application, but not the forms of subpoena directed to the
5 other companies.  A copy of this order and the ex parte
6 application shall be served on Richard London, the defendant
7 in the County Court of Basse-Terre, by no later than August 4,
8 2006.

9 Dated:   July 31, 2006

                                          Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\London\Order.wpd