THE DAVIS LAW FIRM, APC
DAMIEN P. LILLIS (SBN 191258)
dlillis@sfdavislaw.com
625 Market Street, 12th Floor
San Francisco, California 94105
Telephone:    (415) 278-1400
Facsimile:     (415) 278-1401

Attorneys for Applicant
JENNIFER LONDON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER LONDON,<br><br>                    Applicant. | Case No.:  C06-80196 JSW MISC (BZ)<br><br>**SUPPLEMENTAL DECLARATION OF ANNE-ISABELLE GREGORI IN OPPOSITION TO MOTIONS TO QUASH SUBPOENAS TO YAHOO! INC.**<br><br>Date:         October 18, 2006<br>Time:         10:00 a.m.<br>Courtroom: G, 15th Floor<br>Judge:       Magistrate B. Zimmerman |

I, Anne-Isabelle Gregori, hereby declare:

1.      I am an attorney at law, admitted to practice law in France, a member of the French Bar since 1992, and a member of the Department Bar of Guadeloupe since 2002.  I am counsel of record for Jennifer London in a divorce proceeding in the Civil Court of Basse-Terre- Guadeloupe -- France entitled London v. London.  Guadeloupe is an overseas department of France and part of the Republic of France.  The matters stated herein are known to me of my own knowledge, and I am competent to offer this testimony.

2.      Marital dissolution proceedings in Saint Martin are governed by French law (including applicable international treaties such as La Hague Treaty 19 October 1996 on Protections of Minors)

1

SUPPLEMETNAL GREGORI DECLARATION IN OPPOSITION TO MOTION TO QUASH SUBPOENA
2713.002   {00009863}                                                                                   Case No.: C06-80196 JSW MISC (BZ)

and follow certain procedures.  The first step in the London v. London dissolution proceedings took place in September 2005 when Jennifer London had to seek emergency relief from the Civil Court to leave the domicile of the married couple with her daughter, which she was allowed to do.

3.    The next step in the proceedings took place on November 10, 2005, when the Civil Court conducted a hearing to establish temporary rules to be in effect during the divorce proceedings, including child custody issues, based on written briefs and evidence submitted by both Jennifer London and Richard London.  In that proceeding, Jennifer London presented as evidence several documents reflecting, among other things, internet web site user profiles from various sex web sites containing the photograph of Richard London, and/or various usernames and e-mail addresses associated with Richard London (such as wrest39@yahoo.com, wrest36, readyset44 etc.), in which adulterous, extramarital sex was solicited.  (Some of these pages were attached as Exhibits A-D to Jennifer London's original declaration in this case.  The date at the bottom of the page will show when the evidence was printed, as not all were submitted for the November 15, 2005 hearing.)  In response to this evidence, Richard London submitted as evidence several pages of print outs of web pages showing Jennifer London's photograph contained in the web site profiles she had submitted, along with the same usernames reflected in those print outs (that is, the submissions placed Jennifer London's photograph where Richard London's previously had been).  (See Jennifer London's original declaration at Exhibit B.)  In Richard London's written brief to the Civil Court (attached as Exhibit A (in French, pages 8-9)), he denied being the author of the web site profiles containing his photograph.  At the hearing on November 15, 2005, which I attended, Richard London told the Civil Court that Jennifer London had created the web site profiles showing Richard London's photograph.  His submissions to the Civil Court also included statements of so called "experts" to the effect that anyone could alter or create the profiles submitted by Jennifer London.

1    4.    After the November 15, 2005 hearing, the Civil Court issued the Non-Conciliation order

2    which was attached to my original declaration as Exhibits A and B, and which allowed Jennifer London

3    to return to the United States with temporary residential custody of her daughter.  On February 9, 2006,

4    Jennifer London instituted "background" proceedings, by way of a writ, commencing the divorce part of

5    the proceedings, and seeking a divorce from Richard London based on "fault."  Under French law,

6    grounds exist for a fault divorce if a husband engages in extramarital sex with other men.  Richard

7    London has not yet responded to the writ.  Rather, he has sought reconsideration of the child custody

8    arrangements set forth in the Non-Conciliation order (an "incidental" proceeding in the broader divorce

9    proceeding), and a hearing on that request is scheduled for September 19, 2006.  After the September

10    19, 2006 hearing, French law generally provides that Richard London must respond in writing to

11    Jennifer London's writ seeking a divorce.  Once Richard London responds to the writ, additional

12    hearings and steps will follow to secure the divorce.

13    5.    The evidence Jennifer London seeks from Yahoo! in this matter is relevant to both the

14    custody issues the Civil Court will address on September 19, and the grounds for divorce asserted by

15    Jennifer London which will be addressed in the pending divorce proceedings.  Because Richard London

16    has affirmatively denied being responsible for the content of the web site profiles submitted by Jennifer

17    London in connection with the November 15, 2005 hearing, the Civil Court in Basse-Terre will

18    consider the evidence from Yahoo! as impeaching Richard London's previous statements to the Court,

19    and as showing his lack of credibility.  A lack of candor before the Civil Court, or evidence of

20    misrepresentations to the Court, are factors that the Civil Court will consider in rendering a decision

21    about child custody matters.  The evidence from Yahoo! will show that Richard London registered for

22    the e-mail accounts at issue, thus helping to show that the web site profiles submitted by Jennifer

23    London were, in fact, created by Richard London, and that Richard London use these e-mail accounts to

24    solicit adulterous sex.  The evidence from Yahoo! will be compelling, in as much as (1) the e-mail

625 Market Street, 12th Floor, San Francisco, CA 94105 ● Telephone: (415) 278-1400 ● Facsimile: (415) 278-1401

The Davis Law Firm.
A Professional Law Corporation

SUPPLEMETNAL GREGORI DECLARATION IN OPPOSITION TO MOTION TO QUASH SUBPOENA
2713.002    {00009863}                                    Case No.: C06-80196 JSW MISC (BZ)

addresses and the web site user profiles use essentially the same usernames, and (2) some of the profiles actually show the same e-mail addresses that are the subject of the subpoenas as the address at which interested sex partners can contact the user.  (*See* Exhibit A, page 8 to the Declaration of Jennifer London, showing the e-mail address wrest39@yahoo.com as the contact address for the person reflected in the profile.)  The evidence Jennifer London seeks from Yahoo! also is relevant to the question of "fault" in the broader divorce proceeding, as obtaining the identity of the e-mail account holders will show that it was Richard London who used these e-mail accounts to solicit extramarital sex.

6.      French law allows, in certain circumstances, for one party to request that another party produce documents relevant to a disputed issue.  A French court has the power to order a party to produce such records and, if no records are produced, the Court typically finds that the withheld evidence was not favorable to the party refusing to produce it.  In this sense there is some discovery available under French law.  Also, the Civil Courts admit into evidence almost all types of documentary evidence, no matter where or how obtained.  The evidence Jennifer London seeks in this proceeding will be admissible in the foreign proceedings.

7.      As is customary in Basse-Terre, I was on holiday for the month of August.  I was unavailable to provide the declaration that I now submit until I returned from vacation.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 8th day of September 2006.

/s/ _____
Anne-Isabelle Gregori

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

/s/ _____
Damien P. Lillis

The Davis Law Firm.
A Professional Law Corporation
625 Market Street, 12th Floor, San Francisco, CA 94105 ● Telephone: (415) 278-1400 ● Facsimile: (415) 278-1401

# EXHIBIT A

# <u>Conclusions</u>

### *Pour :*

**Monsieur Richard LONDON,** né 19 novembre 1958 à New York, de nationalité américaine, demeurant et domicillé 514, Morne Rouge, Les Terres Basses 97 150 SAINT-MARTIN

### Défendeur

Ayant pour avocat **Maitre Cécilia DUFETEL** dont le cabinet est situé 26, Rue de la Liberté, BP 1008, MARIGOT, 97 :.50 SAINT-MARTIN

### *Contre :*

**Madame Jennifer LONDON** demeurant 88, Les Terres Basses, 97 150 SAINT-MARTIN

### Demandeur

Ayant pour avocat Maître Marc GRISOLI

## PLAISE AU JUGE AUX AFFAIRES FAMILIALES

Par un acte en date du 6 octobre 2005, Madame KEEFE épouse LONDON a signifié à son époux, Monsieur Richard LONDON une ordonnance rendue par le juge aux affaires familiales le 29 septembre 2005 sur requête avec demande de mesures urgentes et l'a fait citer à comparaître à l'audience de conciliation du 10 novembre 2005 suite à la requête en divorce pour faute déposée en date du 28 septembre 2005.

Par une ordonnance en date du 29 septembre 2005, Madame KEEFE a été autorisée à résider séparément avec sa fille Siena et dans des conclusions notifiées le 4 Novembre 2005 elle a demandé la fixation des mesures provisoires suivantes :

   Dire et juger que Siena aura sa résidence habituelle au domicile de la mère

-   Autoriser Jennifer KEEFE épouse LONDON à quitter l'île de Saint Martin avec l'enfant commun Siena pour résider aux Etats Unis

-   Réserver le droit d'hébergement du père

-   Dire et juger que les droits de visite s'effectueront de manière telle que réglementée par le juge et en toute hypothèse en présence de la mère.

-   Condamner Richard LONDON à payer à titre de pension alimentaire pour l'entretien de sa fille la somme en euros équivalent à 1.200,00 dollars par mois .

-   Le condamner à payer la somme de 5.000 euros par mois à son épouse à titre de pension alimentaire

-   Autoriser Madame KEEFE épouse LONDON à récupérer ses affaires personnelles au domicile conjugal ainsi que celles de Siena.

-   Allouer à Madame KEEF épouse LONDON la somme de 100.000,00 euros à titre de provision ad litem .

Ces demandes sont fantaisistes !

## I LES FAITS :

### a- La rencontre :

Lorsqu'il rencontre Jennifer, Richard est divorcé de son ex-femme depuis déjà plus de deux ans.

Il entretient une relation amoureuse avec Madame Lysa ELKINS.

Vivant à Houston près de son ex-femme et de leur fils, Jérémy, Richard est un avocat reconnu qui travaille très dur.

Jennifer, quant à elle, est en instance de divorce d'un époux pour lequel elle indique travailler et dont elle confiera à Richard qu'il a des tendances homosexuelles (Pièce n°55)

Il semblerait que cet homme, que Richard connaît peu, ait, à ce jour, fondé un foyer hétérosexuel !

2

Richard est animé d'un profond amour pour Jennifer  amour qui semble être partagé bien que Jennifer accepte une invitation à dîner du frère ce Richard.

Cet avatar est à l'origine d'une brouille définitive entre les deux frères; Richard ayant préféré faire confiance à la femme qu'il entend épouser.

## b- Le mariage

Richard et Jennifer se marient le 4 juillet 1998 aux Etats UNis.

Le couple vivra plus de deux ans à Houston dans la maison de Monsieur  LONDON.

Monsieur LONDON compense les nombreuses heures qu'il passe au bureau en coûteux présents tels que toilettes et somptueux bijoux qu'il offre à son épouse(Pièces n°59, 60 et 61)

Mais, après deux ans de mariage, Madame KEEFE commence à se plaindre de la vie trop stressante de son époux.

Elle ne travaille pas et s'ennuie.

Elle n'aime plus Houston.

Elle ne veut plus vivre aux Etats-Unis.

Sur les exigences de Madame, le couple se rendra en vacances à Saint-Martin.

L'île la charme et elle présente l'avantage d'être proche des Etats-Unis.


Par le plus grand des hasards, elle y retrouve une amie d'enfance, Tekki BELDING (pièce n° 10 de l'adversaire) qui vit depuis peu à Saint-Martin avec son mari (Pièce n°44)

Aux époux Belding, Jennifer conflera son désir de s'installer à Saint-Martin, la vie aux Etats-Unis lui étant devenue impossible (Pièce n°6)

Richard, qui est avocat à Houston depuis plus de vingt ans, a gagné suffisamment d'argent pour sérieusement envisager le projet de départ tant sollicité par son épouse (Pièce n°51)

N'étant pas homme irresponsable, il décide de planifier leur arrivée et de trouver une source de revenu.

Est alors envisagé l'achat de deux maisons.

L'une, dans laquelle ils vivront, à savoir celle située au 514, Les Terres Basses.

L'autre qu'ils loueront et située 88, Les Terres Basses.

Relativement à cet immeuble et bien que l'ayant financé seul,  Richard LONDON, dépeint comme l'affreux avocat calculateur, n'a pas hésité à donner à son épouse cinquante pour cent des parts de la SCI propriétaire de ladite maison, la SCI GENESIS.

Pendant qu'ils se partagent entre les Etats-Unis et Saint-Martin, Jennifer est enceinte.

3

## c- La vie à Saint-Martin

Siena naît peu avant leur installation définitive à Saint-Martin.

Par la suite, Richard créera un commerce coté hollandais dans lequel Jennifer voudra travailler.

Elle y travaillera au début pour ensuite y venir sporadiquement et enfin ne plus s'en occuper.

Elle manifeste le désir de travailler chez le fournisseur de leur magasin et n'y restera que quelques mois.

Elle abandonne toute velléité d'avoir un emploi.

Elle préfère s'entretenir en courant, en jouant au tennis, en pratiquant la boxe et passe aussi du temps dans leur salle de sport privée.

Richard n'y voit aucun inconvénient et respecte le choix de son épouse qu'il n'entend pas obliger à travailler.

Madame préfère organiser des soirées mondaines au cours desquelles elle boit beaucoup et dont l'issue est l'immanquable ordre donné par cette dernière ; *« Allez, tous nus dans la piscine »* ( Pièce n°6, Photographies ...)

Elle n'a manifestement pas l'air de se plaindre de cette vie de débauche mondaine !

Quelques petits dérapages de Jennifer sont à déplorer :

-   une aventure avec Alex ROBERT, un ami du couple

-   une aventure avec un certain Dave, ami d'ami.

Le contexte : Sept familles amies partagent un immense chalet à la montage et une fin de soirée arrosée pendant laquelle Jennifer se retrouve seule avec le fameux Dave.

Le couple voyage beaucoup : Maroc, Italie, Sud de la France ...

Il aura fallu à peine deux ans pour que Jennifer se lasse de Saint-Martin, manifestant le désir de vivre dans le Sud de la France qu'ils visitent pendant leurs vacances.

## d- La rupture

L'exploitation du restaurant est déficitaire .

Richard rencontre des difficultés avec les autorités locales de la partie hollandaise relativement à l'embauche du personnel.

Jennifer qui ne veut pas affronter les problèmes se fait pressante dans son désir de tout quitter et de recommencer ailleurs.

Néanmoins ,Richard LONDON a investi l'intégralité de ses fonds dans le commerce et un projet de construction ; projets qui sont mis à mal par les autorités locales et la situation économique de l'île.

4

Richard LONDON pense que cela est temporaire et qu'il pourra récupérer sa mise plus tard.

Il estime, au grand dam de Jennifer, qu'il est trop tôt pour partir au risque de tout perdre.

Jennifer est inquiète et ne veut pas affronter les problèmes.

Néanmoins, elle ne veut pas réduire son train de vie (ski, nombreux voyages)

Elle continue à exiger qu'ils prennent des vacances très coûteuses.

Richard, bien qu'inquiet, n'ose rien lui refuser.

Elle organisera donc en mars 2005 les vacances d'été dans un cottage en Angleterre pour retrouver Dave et Alex. *(Pièce n°3 de l'adversaire)*

Cependant, en juillet 2005, les relations entre les époux sont détériorées.

Jennifer menace de divorcer et de partir avec Siena.

Richard organise en vain un week-end de réconciliation à Saint Barthelemy.*(Pièce n°5 de l'adversaire)*

Il se rendra par la suite à New York pour y rejoindre Jennifer et Siena et rencontrer un conseiller conjugal.

Richard ne sait pas que Jennifer a déjà pris sa décision en consultant un avocat sur internet en février 2005 (Pièce n°43)

Elle prépare son départ et elle aime l'argent !


A New York, Jennifer disparaîtra pendant plusieurs jours laissant Richard seul avec Siena. *(Pièce n°5 de l'adversaire : « Ton refus de connaître l'émoi du premier spectacle de Siena à Brodway et de profiter de notre dernière chance de passer cinq semaines ensemble était sincère mais triste pour tous »)*

Quant à la rencontre chez le conseiller conjugal, elle ne fut pas couronnée de succès.

C'est dans ces conditions que Richard rentrera à Saint Martin et Jennifer s'envolera pour l Angleterre avec Siena.

Par la suite, Jennifer manifestera dans des échanges de courriers électroniques son désir de divorcer et de partir avec Siena loin de Saint Martin.

## II- PROCEDURE

### a- La demande de mesures urgentes

A force de supplications de son époux, Jennifer LONDON a finalement réintégré le domicile conjugal le 28 septembre 2005 avec Siena pour en repartir une semaine après dans des circonstances peu louables.

5

En effet, le matin du 6 octobre, Jennifer a emporté tous les animaux en prétextant les conduire chez le vétérinaire en même temps qu'elle conduirait Siena à l'école.

Richard s'est rendu à son commerce et à son retour vers 16 heures trente, l'huissier lui a signifié une ordonnance rendue par Madame le Juge aux Affaires Familiales.

En effet, par ordonnance en date du 29 septembre 2005 rendue sur pied de requête par le juge aux affaires familiales de Basse Terre, Madame Jennifer LONDON a été autorisée à résider séparément d'avec son époux Monsieur Richard LONDON et ceci avec sa fille Siena.

Il n'a rien été prévu sur le droit de visite et d'hébergement

Madame Jennifer LONDON a bien insisté dans ses courriers sur le pouvoir léonin qui lui a été confié par le juge quant au droit de visite et d'hébergement du père.

Elle use et abuse de ce droit.

Partant, Monsieur Richard LONDON se voit privé de son enfant aux motifs suivants :

- depuis quelques temps, il ne déférerait pas aux besoins sexuels de son épouse

- il aurait soi-disant avoué son ambivalence sexuelle à son épouse

- il n'aurait pas rejoint son épouse dans le « cottage » loué par cette dernière pour les vacances d'été

On est bien loin des mesures urgentes prises pour écarter l'épouse et les enfants du conjoint violent mesures prises en application de l'article 257 du code civil !

A l'inverse de ce que soutient Jennifer, et des premières pièces communiquées par ses soins il ressort :

Pièces n° 3 et N° 4 :

Bien que les époux LONDON rencontrent des difficultés financières, Jennifer LONDON n'hésite pas à organiser pour l'été 2005 des vacances coûteuses en Angleterre.

Pièce n° 5 :

Richard écrit le 10 août 2005 à Jennifer : « Tu ne peux plus souffler le chaud et le froid comme tu l'as fait samedi et dimanche où tu t'es montrée d'abord pleine d'attention et d'envies et puis totalement distante. »

C'est la preuve de ce que Madame Jennifer LONDON se refuse à Monsieur Richard LONDON et non l'inverse comme elle essaie de le faire croire.

« Ton refus de connaître l'émoi du premier spectacle de Siena à BRODWAY et de profiter de notre dernière chance de passer cinq semaines ensemble était sincère mais triste pour nous tous ».

Jennifer s'est éclipsée à NEW YORK et a laissé Richard seul avec Siena, alors que ce voyage était prévu pour réconcilier le couple et consulter un conseiller conjugal.

« Je t'aime… »

6

« *Je suis à cours d'argent et ne prévois pas de voyage avec toi comme SAINT BARTH ou NEW YORK dimanche soir* »

« *Je t'aime vraiment et continue à garder espoir* ».

Pièce n° 8 :

Jennifer se sert de cette pièce pour faire croire que Richard est un homme violent et persuasif.

Or, il ne ressort de ce courrier électronique que la détresse d'un homme qui, 7 heures durant, a essayé de contacter sa femme et sa fille se trouvant, depuis déjà plus de quatre semaines, à 8000 kilomètres de lui, sachant que son épouse lui indique par téléphone qu'elle ne veut pas rentrer avec Siena et qu'elle souhaite la séparation.

A l'inverse, ce qui est intéressant de noter c'est que ce courrier a été adressé par Madame LONDON à son conseil.

Est indiqué en haut, simplement en accompagnement de cette lettre, « *je suis terrifiée* ».

Or, on n'écrit cela à son conseil que tout autant que ce dernier est au courant de la situation et non pas pour lui présenter une affaire nouvelle qu'on veut lui confier.

En conséquence, il est bien évident que Madame Jennifer LONDON avait orchestré son départ et la séparation en consultant, semble t'il en juillet 2005, un avocat à Saint Martin.

Pièce n° 9 :


Cette dernière d'ailleurs ne s'est pas contentée de consulter un avocat en France mais a également pris conseil auprès d'un avocat en Floride en la personne de Monsieur James FOX MILLER.

En réponse aux courriers désespérés écrits par Monsieur LONDON à son épouse lui réclamant de rentrer avec sa fille, Monsieur James FOX MILLER écrit le 9 septembre à Monsieur Richard LONDON.

Dans le courrier, dont le style ne peut que souligner la différence entre le système juridique français et le système juridique américain, Monsieur James FOX MILLER procède à une intimidation de Monsieur Richard LONDON.

Il ne manque pas d'ailleurs d'afficher son pedigree en indiquant qu'il pratique le droit de la famille depuis environ 40 ans.

Mais, ce qui est très important, c'est de voir avec quelle froideur Jennifer, qui se prétend terrifiée auprès de son conseil en France, adresse copie du courrier qu'elle se propose d'envoyer en réponse au mail de Monsieur Richard LONDON en date du 9 septembre 2004 à son conseil spécialisé en doit de la famille, Monsieur James FOX MILLER.

Monsieur James FOX MILLER répondra le **dimanche 11 septembre 2005** à Jennifer LONDON : « *OK, je suis sûr que Richard va tout simplement l'adorer* ».

Pièce n° 12 :

7

Ce courrier émane de la sœur de Jennifer LONDON.

## b- L'audience de conciliation

Parce qu'elle sait que les premières pièces sont insuffisantes pour obtenir gain de cause, Madame Jennifer LONDON communique au débat un dossier Internet tendant à prouver que son époux est un malade sexuel qui pourrait s'adonner à la barbarie voire à la pédophilie (sic)

Il n'existe pas de mot pour définir l'effroi et le dégoût de Monsieur Richard LONDON en lisant les écritures de son épouse.

La pièce maîtresse et grossière de ce dossier est un constat d'huissier aux termes duquel l'huissier se connectant sur un site pornographique choisi par Madame Jennifer LONDON, déclare y apercevoir la photographie de Monsieur Richard LONDON illustrant un questionnaire soi-disant rempli par ce dernier, sous le pseudonyme de Steve.

De là, Jennifer a étudié les différentes pratiques sexuelles évoquées par les internautes sur le site et en déduit que Richard pratique les mêmes et qu'il serait donc une menace pour Siena.

Fort de la certitude de n'avoir jamais établi un tel document, Monsieur Richard LONDON s'est adjoint les services d'un spécialiste de l'Internet pour savoir comment sa photographie a pu être intégrée sur un tel site.

Ledit spécialiste déclare banalement que tout message électronique peut être truqué (pièce n°54)

Pour preuve, ce dernier a repris le message électronique exploité par l'huissier et y a inséré la photographie de Jennifer.

Il obtient le même document que l'huissier avec en fond la photographie de Jennifer (Pièce n°42)

Le spécialiste prétend également que toute date peut être changée (pièce n°39, 40)

En effet, comment peut-on se procurer des messages écrits en 2001 et 2002 ?

Monsieur Richard LONDON, pensant connaître son épouse, en a déduit qu'elle n'était pas psychologiquement capable de monter seule une telle cabale.

Aussi, Richard a interrogé leurs proches qui, s'ils n'ont pas voulu témoigner prétextant la neutralité, lui ont avoué que Jennifer avait une relation extraconjugale.

Madame Jennifer LONDON a rencontré en Avril, à New York, Monsieur Mickael ROSS qui est actuellement son amant.

### Des pièces communiquées par le concluant, il ressort :

Pièce n° 8 :

Pour éviter tout ergotage concernant la prise de médicament, Monsieur Richard LONDON est allé consulter un médecin qui atteste que ce dernier ne consomme aucun antidépresseur.

Pièce n° 9 :

L'attestation de son ex-épouse est la preuve qu'il n'a jamais eu aucun problème d'ambivalence sexuelle.

Pièce n° 6 :

A l'inverse, l'attestation de Monsieur Brad BELDING ainsi que la photo jointe à ladite attestation sont la preuve même de ce que Madame Jennifer LONDON est d'un tempérament séducteur et capricieux.

Pièce n° 14 :

L'attestation de Monsieur Philippe FORSTER en est également la preuve.

Les autres pièces versées par Monsieur Richard LONDON n'attestent que de ses grandes qualités de père.

En conclusion, Monsieur Richard LONDON se sent bafoué et peiné par l'attitude de son épouse qui essaie de le faire passer pour un avocat dépressif homosexuel.

Bien qu'il l'aime encore et qu'il ne soit pas à l'origine du divorce, ce dernier ne peut plus envisager de reprendre la vie commune avec elle eu égard à ses agissements.

Néanmoins, Il ne souhaite pas être éloigné de son enfant.

## III- DISCUSSION

### a- Les qualités de père de Monsieur Richard LONDON

La seule question qui doit être posée : Monsieur Richard LONDON a-t-il été, est-il et sera-t-il un bon père ?

Pour le passé, Madame Jennifer LONDON ne s'en est jamais plainte !

Elle n'a observé aucune attitude ambivalente.

Peu soucieuse , elle partait régulièrement.

Confiante, elle laissait Siena à son père : confère le dernier voyage à New York où elle s'est éclipsée en pleine période de crise.

Pour le présent, elle a accepté jusqu'au 3 novembre une quasi garde alternée (Pièce n°36 : « Je serai ravie de déposer Siena au 514 le samedi à 11 heures »).

Elle ne refuse aujourd'hui de laisser voir Siena à son père que depuis que Richard LONDON a communiqué les pièces dans cette procédure. (Pièce n° 38) : furieuse, elle se sert de Siena comme d'une monnaie d'échange.

Pour ce qui est du futur, les proches du couple, qui ne veulent pas se mêler de la guerre intestine opposant les époux, ont néanmoins souhaité réhabiliter Richard dans son rôle de père.

9

C'est le cas flagrant de l'amie d'enfance de Jennifer, Teddi BELDING, qui témoigne de la parfaite confiance qu'elle place en Monsieur Richard LONDON (Pièce n° 44)

L'attestation de l'ex-femme de Monsieur Richard LONDON relativement à l'éducation de leur enfant commun Jeremy est la preuve sans ambages que Richard a fait ses preuves dans son rôle de père.

La femme de ménage atteste du calme de la maison 514, les Terres Basses. (Pièce n° 45)

## b- Les qualités de mère de Jennifer

Contrairement à Jennifer KEEF , Richard LONDON n'aura pas l'indécence de soutenir que cette dernière n'est pas une bonne mère.

Néanmoins, l'attitude de cette dernière dans la présente procédure révèle que , à des fins personnelles, n'hésitera pas à dénigrer Richard aux yeux de Siena.

Elle ne semble donc pas à même de faire respecter les droits du père auprès de l'enfant.

## c- La situation financière de Monsieur Richard LONDON

Madame KEEFE demande , au titre des mesures provisoires à ce que Monsieur LONDON soit condamné à payer des sommes conséquentes alors qu'elle ne produit aucune pièce pour justifier de ses demandes et de sa situation .

La situation financière de Monsieur LONDON est loin d'être celle décrite par son épouse .

Il produit une attestation de son expert comptable qui démontre que ses revenus sont en baisse constante puisque au cours de l'année 2004, son activité est déficitaire pour un montant de 249.530,00 dollars américains .

Son expert comptable confirme qu'il va devoir vendre des biens pour refinancer son exploitation commerciale et c'est bien ce qu'il a entrepris depuis quelques mois .( pièce 52 et 53)

Monsieur LONDON a du emprunter de l'argent à sa mère qui l'aide dans ses dépenses quotidiennes .

(pièce 56)

IL a fait des demandes de prêt auprès de banques en partie française de l'île qui ont été refusées.

Madame KEEFE connaît parfaitement la situation financière de son mari puisque ce dernier lui a demandé à maintes reprises de limiter ses dépenses tout en offrant de participer aux dépenses d'entretien et d'éducation de sa fille dans la mesure de ses possibilités financières .

( pièces 12-14-16-18 – 19)

10

Monsieur LONDON est associé dans deux sociétés civiles immobilières qui sont elles mêmes propriétaires de biens immobiliers dans le lotissement des Terres Basses . Ces biens ne lui appartiennent donc pas en nom propre et il ne peut en disposer rapidement .

## D- Sur les demandes financières formées par Madame LONDON

### - Sur la demande de part contributive

IL résulte de l'article 373-2-2 du code civil que en cas de séparation entre les parents , ou entre ceux ci et l'enfant, la contribution à son entretien et à son éducation prend la forme d'une pension alimentaire

Madame LONDON demande le règlement d'une somme équivalent à 1.200,00 dollars au seul motif que c'est la somme que Monsieur LONDON verse pour l'entretien et l'éducation de son fils qui vit aux Etats Unis et qui est âgé de 15 ans.

IL est de jurisprudence constante et il résulte de l'article 371 – 2 du code civil que chacun des parents contribue à l'entretien et à l'éducation des enfants à proportion de ses ressources , de celles de l'autre parent , ainsi que des besoins de l'enfant .

En l'espèce, Monsieur LONDON produit un document de l'école au sein de laquelle est scolarisée l'enfant qui démontre que les frais de scolarité s'élèvent à 360,58 dollars par mois .

A cette somme s'ajoutent les dépenses de nourriture et d'entretien courant mais s'agissant d'un enfant de quatre ans . Le juge doit en cette matière prendre en considération le besoins de l'enfant compte tenu de son âge et de ses habitudes .

Madame LONDON ne produit aucune pièce sur ce point et le juge ne pourra que réduire cette demande à de plus justes proportions .

### - Sur la demande de pension alimentaire

Madame LONDON demande également à ce que son époux soit condamné à lui payer la somme de 5.000,00 euros par mois à titre de pension alimentaire.

IL a déjà été démontré que Madame LONDON n'est pas dans le besoin puisqu'elle est associée avec son mari dans le capital social des sociétés qui ont été constituées et qui sont propriétaires de biens immobiliers aux valeurs conséquentes .

Madame LONDON pourrait très facilement trouver du travail et Monsieur LONDON produit une attestation de Monsieur FERRIER qui indique qu'elle pourrait très facilement trouver un emploi.

La situation financière de Monsieur LONDON ne lui permet pas de satisfaire à cette demande qui devra être réduite à de plus justes proportions pour tenir compte de la situation financière et patrimoniale des parties .

11

- **Sur la demande de remise des effets personnels**

Madame LONDON demande à être autorisée à récupérer ses affaires personnelles ainsi que celles de sa fille Siena .

IL résulte des pièces produites qu'elle a quitté le domicile conjugal après avoir bien organisé son départ et avoir emmené ses affaires , celles de sa fille mais également le chien de Monsieur LONDON ZEKE.

Monsieur LONDON a été mis devant le fait accompli et a été très peiné de perdre le chien auquel il est très attaché et qu'il avait choisi pour être le compagnon et le gardien de sa famille et de sa fille .

Madame KEEFE a en sa possession toutes ses affaires mais Monsieur LONDON est bine évidemment disposé à lui remettre ce qui pourrait lui manquer.

- **Sur la demande de paiement d'une provision ad litem**

Madame KEEFE demande à ce que son mari soit condamné à lui payer la somme de 100.000,00 euros à titre de provision ad litem . Elle ne pourra qu'être déboutée de cette demande qui est manifestement excessive et qui n'est pas justifiée.

## e- Les mesures provisoires proposées par Monsieur

## Richard LONDON :

## 1-A TITRE PRINCIPAL

Monsieur Richard LONDON évoquera les dispositions des articles 372-2 alinéa 2 et 373-2-.1 3° aux termes desquelles, depuis la loi du 4 mars 2002, il est prévu de fixer la résidence de l'enfant de préférence chez le parent le plus apte à respecter les droits de l'autre.

La cabale montée par la mère est la preuve de l'inaptitude de cette dernière à faire respecter ce droit.

Dans cette hypothèse et en vertu desdits articles, il conviendra de fixer la résidence habituelle de l'enfant chez Monsieur Richard LONDON dont l'emploi du temps peut être tout à fait aménagé en fonction des horaires de son enfant.

Siera alors octroyé à la mère un droit d'hébergement le plus large possible en tenant compte de son éventuel éloignement.

## 2- A TITRE SUBSIDIAIRE

Si par extraordinaire, quelques doutes subsistaient , il conviendrait que soit ordonnée une enquête sociale.

Pendant la durée de ladite enquête, Monsieur Richard LONDON propose à son épouse les mesures suivantes :

12

- Une garde alternée concernant l'enfant Siena à raison d'une semaine sur deux

- Lui laisser jouissance de la résidence située 88 Les Terres Basses

- Payer toutes les factures et les réparations de ladite maison

- Verser à Madame Jennifer LONDON une pension alimentaire d'un montant de 880 € par mois

- Payer toutes les factures relatives aux activités et à l'école de Siena

- Un droit d'hébergement des parents la moitié des vacances scolaires, le choix des périodes étant laissé à la mère les années paires et au père les années impaires.

- Il s'engage également à faire en sorte que Madame Jennifier LONDON puisse obtenir un permis de travail sur le côté hollandais de l'île.

  Il a d'ailleurs obtenu une promesse d'embauche pour cette dernière auprès de Monsieur Philip FORSTER en qualité de manager à la réception du SPA situé à MAHO (*Pièce n° 14*)

# PAR CES MOTIFS :

## 1-A TITRE PRINCIPAL

Vu les dispositions des articles 372-2 alinéa 2 et 373-2-11 3°du code civil

Fixer la résidence de l'enfant Siena chez son père Monsieur Richard LONDON, 514 Les Terres Basses 97150 SAINT MARTIN

Octroyer à la mère un droit de visite et d'hébergement le plus large possible en tenant compte de son éventuel éloignement géographique.

## 2- A TITRE SUBSIDIAIRE

Ordonner une enquête sociale.

Pendant la durée de ladite enquête :

- Organiser une garde alternée concernant l'enfant Siena à raison d'une semaine sur deux

- Octroyer un droit de visite et d'hébergement des parents la moitié des vacances scolaires, le choix des périodes étant laissé à la mère les années paires et au père les années impaires.

Donner acte à Monsieur Richard LONDON de ce qu'il :

- Laisse à la mère jouissance de la résidence située 88 Les Terres Basses

- Paye toutes les factures et les réparations de ladite maison

13

- Verse à Madame Jennifer LONDON une pension alimentaire d'un montant de 880 € par mois

- Paye toutes les factures relatives aux activités et à l'école de Siena

- S'engage également à faire en sorte que Madame Jennifier LONDON puisse obtenir un permis de travail sur le côté hollandais de l'île.

Débouter Madame LONDON de sa demande de paiement d'une provision ad litem

Réserver les dépens

# SOUS TOUTES RESERVES DONT ACTE

Fait à Saint Martin, le 10 novembre 2005



Notifié et laissé copie à Maître GRISOLI le    10.11.05



## PIECES JOINTES :

Bordereau de communication de pièces du 4 Novembre 2005 et du 10 novembre 2005

14

Mâitre Cécilia DUFETEL
Avocat à la Cour – TOQUE 50
26, rue de la Liberté – B.P. 1008 – 97061 SAINT MARTIN

Audience du 10 novembre 2005
RG



## *JURIDICTION : TRIBUNAL DE GRANDE INSTANCE DE BASSE-TERRE*
### *CHAMBRE J A F*
### *AFFAIRE : LONDON / KEEFE épouse LONDON*

**Maître Cécilia DUFETEL**, Avocat au Barreau Départemental de la Guadeloupe et celui de **Monsieur Richard LONDON**

communique à :

**Maître Marc GRISOLI,** Avocat au même barreau
et celui de **Madame Jennifer KEEFE épouse LONDON**

**LES PIECES SUIVANTES** :

1. Attestation de Monsieur Bernard Schacker du 8 octobre *10 Août* 2005 (original et traduction)
2. Attestation de Monsieur Robert Botwinick du 10 octobre 2005 (original et traduction)
3. Attestation de Monsieur Ronald Swartz du 10 octobre 2002 (original et traduction)
4. Attestation de Monsieur Michaël J. Ferrier du 10 octobre 2005 (original et traduction)
5. Attestation de la ST MAARTEN MONTESSORI SCHOOL
6. Attestation de Monsieur Brad Belding du 11 octobre 2005 (original et traduction)
7. Attestation de Madame Laetitia Lanfranchi du 10 octobre 2005
8. Attestation du Docteur Johan E. Datema M.D. du 25 octobre 2005 (original et traduction)
9. Attestation de Madame Stacy G. London du 24 octobre 2005 (original et traduction)
10. E.mail de Richard à Jennifer du 9 octobre 2005 (original et traduction)
11. E. Mail de James Fox Millerdu 11 septembre 2005 (original et traduction)
12. E.mail de Richard à Jennifer du 9 octobre 2005 (original et traduction)
13. E.mail de James Fox Miller et réponse du Monsieur London du 9 septembre 2005 (original et traduction)
14. Attestation de Monsieur Russell J. Miller du 27 octobre 2005 (original et traduction)
15. E.mail de Richard à Jennifer du 13 octobre 2005 (original et traduction)
16. E.mail de Jennifer à Richard et réponse de Richard du 17 octobre 2005 (original et traduction)

./...

Maître Cécilia DUFETEL
Avocat à la Cour – TOQUE 50
26, rue de la Liberté – B.P. 1008 – 97061 SAINT MARTIN

../...

17. E.mail de Jennifer à Richard et réponse de Richard du 17 octobre 2005
    (original et traduction)
18. E.mail de Richard à Jennifer du 20 octobre 2005 (original et traduction)
19. E.mail de Richard à Jennifer et réponse de Jennifer du 21 octobre 2005
    (original et traduction)
20. E. mails échangés entre Richard et Jennifer le 21 octobre 2005 (original et
    traduction)
21. Suite des E.mails échangés entre Richard et Jennifer le 21 octobre 2005
    (original et traduction)
22. Suite des E.mails échangés entre Richard et Jennifer le 21 octobre 2005
    (original et traduction)
23. E.mails échangés entre Richard et Jennifer le 24 octobre 2005 (original et
    traduction)
24. E.mails échangés entre richard et Jennifer le 8 octobre 2005 (original et
    traduction)
25. E.mail de Richard à Jennifer du 1er octobre 2005 (original et traduction)
26. E.mails échangés entre Richard et Jennifer le 10 octobre 2005 (original et
    traduction)
27. Suite des E.mails échangés entre Richard et Jennifer le 10 octobre 2005
    (original et traduction)
28. Suite des E.mails échangés entre Richard et Jennifer le 10 octobre 2005
    (original et traduction)
29. Suite des E.mails échangés entre Richard et Jennifer le 10 octobre 2005
    (original et traduction)
30. E.mails échangés entre Richard et Jennifer le 10 octobre 2005 (original et
    traduction)
31. E.mails échangés entre Richard et Jennifer le 24 octobre 2005 (original et
    traduction)
32. Attestation de Monsieur Eric Kugler (original et traduction)
33. Attestation de Monsieur Philip E. Forster du 26 octobre 2005 (original et
    traduction)
34. Attestation de Madame Mary Miller du 10 octobre 2005 (original et traduction)
35. Attestation de Monsieur Michaël J. Ferrier du 10 octobre 2005 (original et
    traduction)

A charge pour lui de les rétablir à première réquisition.

Fait à Saint-Martin, le 31/11/05

Communiqué à Maître Marc GRISOLI, le 04 . 11 . 05

Maître Cécilia DUFÉTEL
Avocat à la Cour – TOQUE 50
26, rue de la Liberté – B.P. 1008 – 97061 SAINT MARTIN

_____

Audience du 10 novembre 2005
RG



### JURIDICTION : TRIBUNAL DE GRANDE INSTANCE DE BASSE-TERRE
### CHAMBRE J A F
### AFFAIRE : LONDON / KEEFE épouse LONDON

**Maître Cécilia DUFETEL**, Avocat au Barreau Départemental de la Guadeloupe et celui de **Monsieur Richard LONDON**

communique à :

**Maître Marc GRISOLI**, Avocat au même barreau
et celui de **Madame Jennifer KEEFE épouse LONDON**

**LES PIECES SUIVANTES :**

36. E.mails échangés entre Jennifer et Richard le 1er octobre 2005
37. E.mail de Jennifer du 4 novembre 2005
38. E.mails échangés entre Richard et Jennifer le 4 novembre 2005
39. Echange de mails sur le site Internet SEXSEARCH.com
40. Mail envoyé sur le site AmericanSingles.Com
41. Mail envoyé sur le site profile.hotmatch.com par WREST36 – Woman Looking For Couples ...
42. Mail envoyé sur le site pesonals.globalfight.com par WREST39 – Looking for Wrestling Buds visiting...
43. E.mail de Morley and Trager , site International.divorce.com
44. Attestation de Madame Tekki BELDING
45. Attestation de Madame Fidelia ALBERT
46. Certificat de St Maarten Montessori School du 13 septembre 2005
47. E.mails échangés entre Howard LONDON et Jennifer le 8 novembre 2005
48. E.mail de Richard à Jennifer du 28 octobre 2005
49. E.mails échangés entre Rochard et Jennifer le 28 octobre 2005
50. E.mails échangés entre Richard et Jennifer le 29 octobre 2005
51. Attestation de Monsieur Russel J. Miller du 10 octobre 2005
52. Attestation de Monsieur Russel J. Miller du 27 octobre 2005
53. Déclaration de revenus 2004 de Monsieur LONDON
54. Lettre de Raymond P. Matser à Monsieur London
55. Attestation de Monsieur Eric Kugler
56. Lettre de Cynthia Schacker à Richard du 7 novembre 2005 et e.mail adressé à Madame Bartolini le 8 novembre 2005
57. Bilan 2004 de l'entreprise « The Inn/ Market at Cupecoy » exploité par Monsieur LONDON
58. Lettre de la Banque des Iles à Monsieur ou Madame London du 1er mars 2005

Maître Cécilia DUFETEL
Avocat à la Cour – TOQUE 50
26, rue de la Liberté – B.P. 1008 – 97061 SAINT MARTIN

59. Rapport d'expertise d'une bague par Lastovica Jewelry Appraisal Services du 16 décembre 1997
60. certificat d'estimation d'un collier établi par Benji Designs le 5 février 1999
61. Rapport d'expertise d'un bracelet établi par A.A. Benjamin LTD Fine Antique and Period jewelry du 25 juin 1998
62. Attestation de Monsieur Howard London du 8 novembre 2005
63. Lettre de Monsieur William Austin à Monsieur London u 8 novembre 2005
64. 10 photographies

A charge pour lui de les rétablir à première réqu:sition.

Fait à Saint-Martin, le 10 (11 05

Communiqué à Maître Marc GRISOLI, le  1C. 11. 05

SEXSEARCH.COM - Adult Personals | Free Adult Personals | Adult Dating | Sex Search     Page 1 of 1



**for Sadism & M**
**3-some/Orgies, Bondage & Domination, Fet**

ABOUT ME

Separated and looking for wild fun

IDEAL MATCH

A hot couple who loves adventures

Personals



**Maybe**
*not available*
4/29/2003 1:07:46 PM
Re: bi-female wanted
YES...but you didn't leave an address or give any details.

by *July arrival* at 4/25/2003 7:31:32 PM
by *Maybe* at 4/29/2003 1:07:46 PM
by *tom* at 5/3/2003 7:09:06 AM
by *July arrival* at 5/3/2003 10:2 :32 PM
by *July Arrival* at 5/3/2003 1 :24:49 PM

Personals



maybe
*not available*
7/1/2003 8:42:36 PM
Re: bi-female
cud b interested. will be there at the same time and also curious ; - ).
how old r u 2?

| | by *Try It Once* �__⏌ at 7/1/2003 1:13:04 PM
       | by *maybe* at 7/1/2003 8:42:36 PM
           by *f&s* at 7/2/2003 10:50:10 PM
           by *TryItOnce* at 7/1/2003 10:11:47 PM
           by *maybe* at 7/7/2003 2:29:08 PM
           by *f&s* �__⏌ at 7/8/2003 4:47:29 AM
           by *Tina* at 7/2/2003 8:05:15 PM
           by *kevin n maria* at 7/23/2003 2:32:33 PM

Personals



**maybe**
*not available*
7/7/2003 2:29:08 PM
Re: bi-female
i'm 32. 5'5" 118 lbs. post ur email add n maybe we can talk.

Personals

by *Try It Once* ⏤ at 7/1/2003 1:13:04 PM
by *maybe* at 7/1/2003 8:42:36 PM
by *fdts* at 7/2/2003 10:50:10 PM
by *TryItOnce* at 7/1/2003 10:11:47 PM
by *maybe* at 7/7/2003 2:29:08 PM
by *fdts* ⏤ at 7/8/2003 4:47:29 AM
by *Tina* at 7/2/2003 8:05:15 PM
by *kevin n maria* at 7/23/2003 2:32:33 PM

Personals                                                    Page 1 of 1



donna

11/6/2004 8:35:36 AM
Re: st martin in feb

Hi, guy we will also be there. e-mail us

by *linda* ⏤ at 11/5/2004 6:13:17 PM
by *donna* ⏤ at 11/6/2004 8:35:36 AM
by *donna* ⏤ at 11/6/2004 7:00:44 PM
by *Cal* at 11/5/2004 6:29:15 PM
by *linda* ⏤ at 11/8/2004 8:41:44 AM

39 ℬ

**Traduction** (Citation partielle)
Site Internet

### SEXSEARCH.Com (recherche rapports sexuels..)

Wrest39

ME CONCERNANT :

Séparée et recherchant amusement sauvage

IDEAL :

Couple libertin aimant l'aventure

**Traduction échange email**


Maybe
*Indisponible*
29/04/2003 1:07:46 PM
Re : recherche femme bi
OUI... mais tu n'as pas d'adresse ni laisser aucun détails.


Particuliers —

|  |  |
|---|---|
| | *par July arrival le 25/4/2003 19:31:32* |
| *Re : recherche femme bi* | *par Maybe le 29/4/2003 1 :07 :06* |
| | *par tom__le 3/5/2003 07 :09 :06* |
| | *par July arrival le 5/3/2003 22 :22 :32* |
| | *par July arrival le 3/5/2003 23 :24 :49* |

**Traduction échange email**


Maybe
*Indisponible*
1/7/2003 20:42:36
Re : femme bi
Pourrait être intéressée. Serai là à la même heure  et suis curieuse ;-).
Quel age as-tu ?


Particuliers ---
 Femme bi                            *par Try it once (essaies-le une fois) le 1/7/2003 13:13:04*
Re : femme bi                        *par Maybe le 1/7/2003 20 :42 :36*
Re : femme bi                        *par f&s le 2/7/2003 10 :50 :10*
                                     *par TryItOnce le 7/1/2003 22 :11 :47*
Re : femme bi                        *par maybe le 7/7/2003 14 :29 :08*
                                     *par f&s le 8/7/2003 16 :47 :29*
Re : femme bi                        *par Tina le 2/7/2003 20 :05 :15*
                                     *par kevin n maria le 23/7/2003 14 :32 :33*

**Traduction échange email**

maybe
*Indisponible*
7/7/2003 14:28:08
Re : femme bi
J'ai 32 ans, 5 pieds 5 pouces, 118 livres, quand tu auras ajouté ton email, nous pourrons
peut être discuter

Particuliers ---
Femme bi                    *par Try it once (essaies-le une fois) le 1/7/2003 13:13:04*
Re : femme bi               *par Maybe le 1/7/2003 20 :42 :36*
Re : femme bi               *par f&s le 2/7/2003 '0 :50 :10*
                            *par TryItOnce le 7/1.'2003 22 :11 :47*
Re : femme bi               *par maybe le 7/7/2003 14 :29 :08*
                            *par f&s le 8/7/2003 '6 :47 :29*
Re : femme bi               *par Tina le 2/7/2003 20 :05 :15*
                            *par kevin n maria le 23/7/2003 14 :32 :33*

**Traduction échange email**

donna

6/11/2004 8 :35 :36
Re : St Martin en Février

Salut les gars, nous serons également là-bas. Envoyez-nous une email

Particuliers ---

| | |
|---|---|
| st martin en février | *par linda le 5/11/2004 18 :13 :17* |
| Re : st martin en février | *par donna le 6/11/2004 20 :35 :36* |
| Re : st martin en février | *par donna le 6/11/2004 20 :35 :36* |
| | *par Cal le 5/11/2004 18 :29 :15* |
| | *par linda le 8/11/2004 20 :41 :44* |

amer cansingles.com - Free personals, dating, chat, millions of members          Page 1 of 2



Pièce
N° 40

your:

**Welcome**

Subscribe today and start connecting with people in your area.          click to

**profile completion:**          Ask me for m, that.          **Age: 37 years old, Woman seeking Man, Separated from Miami, Florida, USA**
**I NEED 2 MEN TO SATISF...**

**I NEED 2 MEN TO SATISFY ME I AM BORED AND LONELY AND AM OPEN TO EVERY IS FUN AND WOULD LOVE TO BE WITH GROUPS OF MEN AND WOMEN FOR SEX**

**WREST30**
**\*\*\*\*\*\***
**\*\*\*\*\*\***

**Woman seeking Man**
**Miami, Florida, USA**
**37**
**11/06/2005**
**11/04/2005**

| | |
|---|---|
| **Strawberry Blonde** | **Caucasian/White** |
| **Blue** | **Catholic** |
| **5' 2" (157cm)** | **BOSTON** |
| **114 pounds (51.0 kg)** | **Bachelor's Degree** |
| **Athletic/Fit** | **BUSINESS** |
| **Very Active** | **Moderate** |
| **Occasional Smoker** | **Homemaking/Chi** |
| **Frequently** | **Under $15,000** |
| **Separated** | **Most Important** |
| **Live with me** | **Low Importance** |
| **Virgo** | **Yes** |
| **English, Spanish** | |
| **DO NOT WORK** | |
| **Intimacy/Physical** | |
| **LOOKING FOR MEN IN ST MAARTEN** | |

**Adventurous/Wild/Spontaneous**

americansingles.com - Free personals, dating, chat, millions of members

Page 2 of 2

Partying

I AM LOOKING FOR ONE OR MORE VERY VIRILE MEN WHO ARE ALS
PLEASE BE A PERSON WHO ALSO ENJOYS DRINKING AND PARTYIN(
OPEN TO ALL GREAT TIMES

Vietnamese

Jazz
Fiction
A WILD NIGHT OF DRINKING AND SEX IF YOU HAVE HOT FRII
THEM ALONG AND I WILL SATISFY EVERYONE THAT IS HOT A

Raves/Underground Parties
Aerobics

AMAN WHO IS OPEN TO FUN AND GAMES WITHOUT HANG
NOT WANT ANYONE TO JUDGE ME OR MISTREAT ME. I WA
SOMEONE WHO WILL DO EXACTLY WHAT I WANT.
THAT I CAN MANIPULTE AND BE CRUEL AND GET AWAY W
HAVE LEARNED THAT IF I AM NASTY AND AGGRESSIVE I \
WAY AND WILL BE HAPPY

**Traduction partielle**

$40 \; B$

Site internet

**AmericanSingles** (célibataires américains)

WREST30
(55184249)
Age : 37 ans, femme cherchant homme, séparée
De Miami, Floride, USA
J'AI BESOIN DE 2 HOMMES POUR ME SATISF...

A propos de moi :
J'AI BESOIN DE 2 HOMMES POUR ME SATISFAIRE, JE M'ENNUIE ET JE SUIS
OUVERTE A TOUT DIVERTISSEMENT ET ADORERAIS ETRE AVEC DES GROUPES
D'HOMMES ET DE FEMMES POUR RAPPORTS SEXUELS

Information personnelles :

| Utilisateur : | WREST30 |
|---|---|
| Mot de passe : | ****** |
| Adresse email : | ****** |
| *mot de passe et adresse email confidentiels | |
| Genre : | femme cherche homme |
| Origine : | Miami, Floride, USA |
| Age : | 37 ans |
| Dernière connexion : | 06/11/2005 |
| Précédente connexion : | 04/11/2005 |

L'ESSENTIEL

| Cheveux : | Blonds | Ethnie : | caucasien |
|---|---|---|---|
| Yeux : | Bleus | Religion : | catholique |
| Taille : | 5 pieds 2 pouces (157 cm) | Grandit où : | Boston |
| Poids : | 114 livres (51 kg) | Etude : | Bac |
| Style : | Athlétique/bonne forme | Aptitude : | Affaires |
| Degré d'activité : | Très active | Opinion politique : | modérée |
| Fumeur : | Fumeur occasionnel | Occupation : | |
| Boisson : | Souvent | Revenus annuels : | - $ 15 000 |
| Statut marital : | Séparée | Apparence : | e + important |
| Enfants : | Vit avec moi | Intelligence : | - important |
| Signe zodiacal : | Vierge | Déménagé : | Oui |
| Langues parlées : | Anglais, Espagnol | | |
| Profession : | Ne travaille pas | | |
| Recherche : | intimité/physique | | |
| Vœux : | Cherche hommes à Sint Maarten | | |

Personnalité :

Aventurière/Passionnée/Spontanée

Ce que je préfère : faire la fête
Activités :
Ce que vous recherchez : JE CHERCHE UN OU PLUSIEURS HOMMES TRES VIRILS QUI AIMERONT EGALEMENT UNE PERSONNE QUI AIME BOIRE ET FAIRE LA FETE OUVERT A TOUTES EVENTUALITES

Intérêts
Ce que je préfère : Vietnamien
Cuisine :
Musique préférée : Jazz
Lecture préférée : Fiction
UNE NUIT PASSIONNÉE AVEC SEXE ET BOISSON SI TU AS DES FASTASMES TRES CHAUDS EXPRIMES-LES ET JE SATISFERAI CHACUN DES PLUS CHAUDS..

Loisirs et activités physiques
J'aime sortir pour : Raves party/soirées spéciales
Mon activité sportive préférée : aérobic
Mon idée d'une relation idéale : UN HOMME QUI EST OUVERT AU PLAISIR ET JEUX SANS TABOUS. NE VEUX PAS DE QUELQU'UN QUI ME JUGERA OU ME MALTRAITERA. JE VEUX QUELQU'UN QUI FERA EXACTEMENT CE QUE JE VEUX.
Ce que j'ai appris de mes précédentes relations : QUE JE PEUX MANIPULÉE ET ÊTRE CRUELLE ET PARTIR QUAND JE QUE SI JE SUIS MÉCHANTE ET AGRESSIVE COMME JE VEUX JE SERAI HEUREUSE

wrest36's Profile - Woman Looking For Couples (man and woman) or Couples (2 men) f...   Page 1 of 2




Upgrade

**wrest36**



**Interact with wrest36**

Block Emails/Winks
Add to Hotlist
Private Chat Room

Send her a wink
Refer to a Friend
Send Voice Message
Invite to join my Network

| Last 30 days | Messages | Winks | |
|---|---|---|---|
| You sent: | 0 | 0 | |
| She sent: | 0 | 0 | |

**Compatibility Score:**   49/100

**Astrology**   **Mutual Match**

your astrological
compatibility

| | You | Her |
|---|---|---|
| Gender: | | |
| Distance: | | |
| Relationship Goal: | | |
| Drinking: | | |
| Smoking: | | |
| Body Type: | | |
| Age: | | |
| Race: | | |

**Looking for Hot Times**

wrest

37 year old Woman in Miami, Florida, United States
Looking For: Couples (man and woman) or Couples (2 n
(3 or more!)

**Profile for wrest36**

I am a separated woman who craves as much sex as pos
with hot men and woman who know what they are doing
If you are into Bondage and S&M all the better

**Ideal Person:**
insatiable sex with people who are attractive and wild. No
here.

**wrest36's information:**

| | |
|---|---|
| Gender: | Woman |
| Birthdate: | September 20, 1968 (37 year old) |
| Sexual Orientation: | Bisexual |
| Lives in: | (0 miles from you) |
| Marital Status: | Separated |
| Height: | 5 ft 3 in / 161-162 cm |
| Body Type: | Athletic |
| Smoking: | I'm a light/social smoker |
| Drinking: | I'm a heavy drinker |
| Education: | BA/BS (4 years college) |
| Race: | Caucasian |
| Bra Size: | 75 B |
| Speaks: | English |

**Send wrest36 an email:**

To:  wrest36

From:  wrest36

Subject:

Confirm Number:  **218**   Please type in the number you see into ti
This helps stop spammers.

Message:  Message Center has a 16000 character (
(approx. 260 lines) per email message. ,
that will not show up.

Check Spelling ✓

wrest36's Network:

wrest36's Profile - Woman Looking For Couples (man and woman) or Couples (2 men) f...    Page 2 of 2

The            is a new feature of HotMatch that lets you share private photo galleries, postings and network with friends.

If wrest36 has private photos or events you will see them only if you have wrest36 in your Network.

**My Testimonials**

Testimonials are where you can have your friends post nice things about you to show on your profile. This helps other people get to know you through the eyes of your friend. To get a testimonial posted, have your friends view your profile, type in their testimonial for you in the "Testimonial" section, and click "Add Testimonial"

**Albums for wrest36:**

No Albums!

to view her albums.

**Magazine Activity Totals**

wrest36 has not posted in the magazine. To participate in the magazine, click    .

Please do not solicit people to email you directly to personal email account as doing so will flag your p additional review and possible deletion.

Attachments (up to 3, limited to 1MB total, GIF, JPG, TI BMP, etc.)

1:          Browse...
2:          Browse...
3:          Browse...

☐ Check to save a copy of message

☐ Check to attach a copy of your profile

Click to send the above message

Save to draft

Disclaimer: This website contains adult material, all members and persons appearing on this site have contractually represented to us that they are 18

u1 13

**Traduction partielle**

Site internet

Profil de wrest36- femme cherchant couples (femme et homme) ou 2 hommes …

WREST36

**Cherche moment forts**

Femme 37 ans, de Miami, Floride, USA
Cherche : couples (homme et femme) ou
couples (2 hommes) (3 ou plus… )

**Profil de wrest36 :**

Je suis une femme séparée qui désire
avidement autant de sexe que possible
avec des hommes et des femmes chauds qui
savent ce qu'ils font.
Si vous pratiquez le bondage et SM c'est encore
mieux

**Personne idéale :**

Insatiable de sexe avec des personnes
attirantes et passionnées. Pas ici.

**Informations sur wrest36 :**

| | |
|---|---|
| Genre : | femme |
| Date de naissance : | 20 sept. 1968 (37 ans) |
| Orientation sexuelle : | Bisexuelle |
| Residence : ( à 0 mile de toi) | |
| Statut marital : | Séparée |
| Taille : | 5 pieds 3 pouces / 161-162 cm |
| Apparence : | Athlétique |
| Tabac : | je suis une légère fumeuse mondaine |
| Boisson : | Je suis une grosse buveuse |
| Etude : | Lycée |
| Race : | Caucasien |
| Tour de poitrine : | 75 B |
| Langue : | Anglais |

**Envoyez un email à wrest36 :**

**A** : *wrest 36*
**De** : *wrest36*

'Looking for Wrestling Buds visiting the                          Page 1 of 2





| Globalfight Videos | Globalfight Home | Personals Gallery | Your Messages | Your Profile | Private Galleries |
| Personals Home | Help | Chat | Advanced Search | Create a Profile | Site News |

# 'Looking for Wrestling Buds visiting the

### wrest39



scorpio

Pièce
N° 42

## Contact Options





You are: <unknown>

All photos on Globalfight/Headlock Personals are Copyrighted and can not be copied or distributed without proper authorization of the rightful ·



| | |
|---|---|
| Date Joined: | 10 weeks, 4 days, 11 minutes, 22 seconds ago |
| Last Update: | 4 hours, 44 minutes, 17 seconds ago |
| Last Login: | 36 minutes, 3 seconds ago |
| Sex: | Male |
| Age: | 41 |
| City/Metro Area: | St Maarten |
| Country/US State/Canadian Province: | Saint Maarten |
| Sexual Orientation: | |
| Prospective Partner's Age: | Age is not important to me |
| Primary Interest: | Wrestling |
| Height: | 5 ft/11 in - 6 ft (179-183 cm) |

'Looking for Wrestling Buds visiting the

| Weight: | 161-180 lbs (71-80 Kg) |
|---|---|
| Body: | Athletic Semi (Fuzzy) Non |
| Gear: | Speedo Jock Underwear Oil Nude |
| Styles: | Erotic Play/Fun Amateur |
| Experience: | Beginner |
| Ethnic Origin/Race: | |
| Interest: | Erotic Play/Fun Amateur |
| Hobbies: | n/a |
| Profile Viewed: | 1864 times |

| Description |
|---|
| 'Looking for Wrestling Buds visiting the Caribbean (St. Maarten)' Please send me an e-mail and lets talk about visit NY and Florida |



The
Headlock
Globalfight
Collective

**Traduction partielle**

Site internet

**Recherche dominateurs débutants est entrain de visiter le …**

WREST39
**En ligne**

Date d'adhésion : **il ya 100 semaines, 4 jours, 11 minutes, 22 secondes**
Dernière mise à jours : **il y a  4 hours, 44 minutes 17 secondes**
Dernière connexion : **il y a 36 minutes, 3 secondes**
Sexe : **Mâle**
Age : **41**
Ville : **Sint Maarten**
Etat : **Sint Maarten**
Orientations sexuelle : **Autre**
Age recherché : **pas de préférence d'age**
Intérêt premier : **Domination**
Taille : **5 pieds 7 pouces (179-183 cm)**
Poids : **161-180 livres (71-81 Kgs)**
Corps : **Athlétique semi (pellu) Non**
Dessous : **Speedo Jock Oil Nude**
Style : **Jeux érotiques/ amateur de plaisir**
Expérience : **Débutant**
Origine ethnique :
Intérêts : **Jeux érotiques/amateur de plaisir**
Loisirs :
Profil vu : **1864 fois**


**Description**
« cherche dominateurs amateurs visitant la Caraïbe ( Sl Maarten), SVP envoyez-moi un email et
parlons d'une visite à NY et en Floride